FILED
9/25/19 10:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Carla M. Esposito<br>　　　　　Debtor(s) | |
| SPECIALIZED LOAN SERVICING LLC AS SERVICING DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF9, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FF9<br>　　　　　Movant<br>　　v.<br>Carla M. Esposito<br>　　　　　Respondent(s)<br>　　and<br>John C. Melaragno Esq., Trustee<br>　　　　　Additional Respondent | BK. NO. 19-10661 TPA<br><br>CHAPTER 7<br>Related to Docket #___14___ |

**ORDER MODIFYING SECTION 362 AUTOMATIC STAY**

　　　AND NOW, this    day of         , 2019, upon Motion of SPECIALIZED LOAN SERVICING LLC AS SERVICING DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF9, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FF9, it is

　　　**ORDERED THAT:** The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is granted and modified with respect to the subject premises located at 2716 VanBuren Ave, Erie, PA 16504 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
United States Bankruptcy Judge **ljm**

Carla M. Esposito
2716 Van Buren Avenue
Erie, PA 16504

Kenneth M. Steinberg Esq.
Steidl & Steinberg
Suite 2830 Gulf Tower 707 Grant Street
Pittsburgh, PA 15219
julie.steidl@steidl-steinberg.com

John C. Melaragno Esq.
502 West 7th Street (VIA ECF)
Erie, PA 16502
johnm@mplegal.com

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Carla M. Esposito  
    Debtor

Case No. 19-10661-TPA  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: bsil     Page 1 of 1     Date Rcvd: Sep 25, 2019  
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2019.  
db         +Carla M. Esposito,    2716 Van Buren Avenue,    Erie, PA 16504-2833

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2019                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2019 at the address(es) listed below:  
        James Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, Et Al... bkgroup@kmllawgroup.com  
        John C. Melaragno, Trustee    johnm@mplegal.com, jmelaragno@IQ7technology.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com  
        Kenneth M. Steinberg    on behalf of Debtor Carla M. Esposito julie.steidl@steidl-steinberg.com, kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
                                                            TOTAL: 4